UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-cr-00045-01 |
| VERSUS | JUDGE WALTER |
| MAQUEL L. SHELBY | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this __8th__ day of __September__, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE